UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
BROWN, MIETTE C.

Case No.: 18-15274 (VFP)  
Chapter: 7  
Judge: VINCENT F. PAPALIA

## NOTICE OF PROPOSED ABANDONMENT

<u>Jay L. Lubetkin</u>, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court,<br>District of New Jersey<br>MLK Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable VINCENT F. PAPALIA on JUNE 12, 2018 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 520 Seminary Avenue<br>Rahway, NJ 07065<br><br>Current Market Value: $267,847.00 |
|---|---|

| Liens on property: | $270,908.62 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

| NAME: | <u>/s/Jay L. Lubetkin, Chapter 7 Trustee</u> |
|---|---|
| FIRM NAME: | <u>Rabinowitz, Lubetkin & Tully, L.L.C.</u> |
| ADDRESS: | <u>293 Eisenhower Parkway, Suite 100, Livingston, New Jersey 07039</u> |
| TELEPHONE NO: | <u>(973) 597-9100</u> |
| SUBMITTED BY: | <u>Jay L. Lubetkin</u>   POSITION: <u>Chapter 7 Trustee</u>   PHONE<u>: (973)597-9100</u> |
| DATED: | <u>May 14, 2018</u> |

United States Bankruptcy Court
District of New Jersey

In re:  
Miette C. Brown  
    Debtor

Case No. 18-15274-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 15, 2018  
    Form ID: pdf905    Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2018.
```
db            +Miette C. Brown,    520 Seminary Ave.,    Rahway, NJ 07065-3410
517393815     +Bloomfield College,    467 Franklin Street,    Bloomfield, NJ 07003-3494
517393816     +KML Law Group, P.C.,    701 Market Street,    Philadelphia, PA 19106-1538
517393817     +MIDLAND MTG/MIDFIRST,    999 NW GRAND BLVD,    OKLAHOMA CITY, OK 73118-6051
517393819     +verison,    PO Box 163250,    Columbus, OH 43216-3250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:21      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517393814     +E-mail/Text: amscbankruptcy@adt.com May 15 2018 23:24:21      ADT Security Services,
               PO Box 650485,    Dallas, TX 75265-0485
517393818     +E-mail/PDF: pa_dc_claims@navient.com May 15 2018 23:31:12      NAVIENT,    PO BOX 9500,
               WILKES BARRE, PA 18773-9500
                                                                                              TOTAL: 4
```

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jay L. Lubetkin     jlubetkin@rltlawfirm.com,   NJ57@ecfcbis.com,lvala@rltlawfirm.com,
               rgaydos@rltlawfirm.com
              Jay L. Lubetkin    on behalf of Trustee Jay L. Lubetkin jlubetkin@rltlawfirm.com,
               NJ57@ecfcbis.com,lvala@rltlawfirm.com,rgaydos@rltlawfirm.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Miette C. Brown rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```